WWR # 10005320

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE | CASE NO. 1:07CV2279 |
| | JUDGE:  SOLOMON OLIVER, JR. |
| vs. | **JUDGMENT** |
| LESLEY A. KIRALY, et al. | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR.

    The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

DATE: 9/28/2007

    /s/SOLOMON OLIVER, JR.
JUDGE SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE